UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Misc. Case No. _____

*In re:*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DE BEERS LV TRADEMARK LIMITED         )
and DE BEERS LV LIMITED,              )
Plaintiffs,                          )
                                     )
v.                                   )
                                     )
DEBEERS DIAMOND SYNDICATE INC.       )
and MARVIN ROSENBLATT,               )
Defendants.                          )
-------------------------------------------------------x

Case No. 04 CV 4099 (DLC)

# 06 MBD 10013

## EXPEDITED MOTION TO COMPEL RESPONSE TO
## THIRD-PARTY SUBPOENA TO BAIN AND COMPANY, INC.

Defendants DeBeers Diamond Syndicate, Inc. and Marvin Rosenblatt (collectively the

"Defendants"), by and through their attorneys, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,

P.C. respectfully move this Court pursuant to Fed. R. Civ. P. 45(c)(2)(B) for an order compelling

Bain and Company, Inc. ("Bain") to produce unredacted documents in response to a third-party

Subpoena issued on October 6, 2005.

Due to imminent discovery deadlines, Defendants respectfully request that their motion

be heard on an expedited basis.[1]  In addition, because Bain's refusal to produce the documents

lacks substantial justification, Defendants ask that they be awarded their reasonable expenses and

---

[1] The parties have set February 17, 2006 as the deadline for completion of all discovery in the
trademark action.  The court has ordered that the parties' Joint Pretrial Order is due on March 10, 2006,
and that the case is placed on the April 2006 trial ready calendar.  The court has repeatedly made clear
that these are firm dates which will not be moved.

attorneys' fees incurred in connection with bringing this motion, together with such further legal

and equitable relief that the Court deems just and proper.

In support of their motion, Defendants submit the accompanying Memorandum of Law.

Respectfully submitted,

DeBEERS DIAMOND SYNDICATE, INC.
and MARVIN ROSENBLATT,

By their attorney,

Michael S. Day, BBO#656247
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: January 13, 2006

### Certificate of Service

I hereby certify that I caused a true and accurate copy of the foregoing document to be served upon the attorney of record for each other party by mail on this day, January 13, 2006.

Michael S. Day, BBO#656247

- 2 -